Pd 3003137
FILED
12 JAN 27 PM 3: 43
ROBERT N. TRGOVICH
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CHELSEA KELLY, as Personal Representative )
of the ESTATE OF DELANO SMITH, )
)
Plaintiff, )
)
v. )  CASE NO. 3:12cv59
)
CITY OF ELKHART, )
OFFICER BRUCE ANGLEMYER, )
CORPORAL NORM FRIEND, )
SERGEANT JAMES BUCHMANN, )
OFFICER MICHAEL PRICE, and )
TASER INTERNATIONAL, INC., )
)
Defendants. )

## NOTICE OF REMOVAL

Defendant TASER International, Inc. ("TASER"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby removes this case from the Elkhart Circuit Court, State of Indiana, where it is now pending, to the United States District Court for the Northern District of Indiana. In support, TASER states as follows:

1. Plaintiff Chelsea Kelly filed her complaint on January 5, 2012. The complaint currently pends in the Elkhart Circuit Court, State of Indiana, as Cause No. 20C01-1201-CT-005.

2. On January 10, 2012, TASER received service of process via certified mail on its registered agent, and at that time TASER had actual notice of this action.

3. This notice of removal has been filed timely in that it has occurred within thirty days of the initial pleading's service. *See* 28 U.S.C. § 1446(b).

4. This Court has original subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1441(a). Kelly has alleged a federal question arising under 42 U.S.C. §§ 1983 and

1988, including questions arising under the "Fourth, Fifth, and Fourteenth Amendments to the United States Constitution and [] the laws of the United States [Compl.¶¶1,6].

5. Defendants have consulted on this removal. All consent to removal.

6. A copy of all process, pleadings, and orders served on TASER in this action are attached as Exhibit A. *See* 28 U.S.C. § 1446(a).

7. A notice of this removal will be filed with the Elkhart Circuit Court, State of Indiana, and a copy of this notice will be served on Plaintiff. *See* 28 U.S.C. § 1446(d).

8. This Notice of Removal is signed in compliance with Fed. R. Civ. P. 11.

WHEREFORE, Defendant TASER International, Inc. hereby removes this action now pending in the Elkhart Circuit Court, State of Indiana, to the United States District Court for the Northern District of Indiana.

Dated: January 27, 2012

Respectfully submitted,

/s/ Damon R. Leichty
John R. Maley
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204-3535
Telephone: (317) 236-1313
jmaley@btlaw.com

Damon R. Leichty
BARNES & THORNBURG LLP
600 1st Source Bank Center
100 North Michigan
South Bend, IN 46601
Telephone: (574) 233-1171
dleichty@btlaw.com

*Attorneys for Defendant TASER International, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the 27th day of January 2012, by depositing the same in the United States Mail, first class postage prepaid and properly addressed to the following:

Douglas E. Sakaguchi
PFEIFER, MORGAN & STESIAK
53600 N. Ironwood Drive
South Bend, IN 46635

Julie J. Havenith
Travelers Staff Counsel Office
707 E. 80th Place, Suite 100
Merrillville, IN 46410

/s/ Damon R. Leichty

SBDS01 358784v1