UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

CHELSEA KELLY, as Personal Representative )
of the ESTATE OF DELANO SMITH, )
)
Plaintiff, )
)
v. ) Case No.: 3:12-cv-00059-JTM-CAN
)
CITY OF ELKHART, )
OFFICER BRUCE ANGLEMYER, )
CORPORAL NORM FRIEND, )
SERGEANT JAMES BUCHMANN, and )
OFFICER MICHAEL PRICE, )
)
Defendants. )

## STIPULATION TO AMEND CASE CAPTION

Come now the parties, by counsel, and Stipulate as follows:

1. On August 8, 2012, Chelsea Kelly filed her Motion for Substitution of Personal Representative to name Ralph E. Smith as Personal Representative for the deceased's estate with the clerk of Elkhart Superior Court No. 1.

2. On August 10, 2012, an Order was approved appointing Ralph E. Smith as Personal Representative of the Estate of Delano Smith.

3. The case caption should be changed to reflect the plaintiff as: Ralph E. Smith, as Personal Representative of the Estate of Delano Smith.

| s/Douglas E. Sakaguchi | s/Julie J. Havenith |
|---|---|
| Douglas E. Sakaguchi (20352-71) | Julie J. Havenith (17898-53-A) |
| Pfeifer, Morgan & Stesiak | Travelers Staff Counsel Office |
| 53600 N. Ironwood Drive | 707 E. 80th Place, Suite 100 |
| South Bend, Indiana 46635 | Merrillville, Indiana 46410 |
| Telephone: (574) 272-2870 | Telephone: (219) 736-2187 |
| Facsimile: (574) 271-4329 | Facsimile: (219) 736-4282 |
| Attorney for Plaintiff | Attorney for Defendants |