UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| Ralph E. Smith, as Personal Representative of the Estate of Delano Smith, | ) ) ) | |
| Plaintiff, | ) ) | |
| VS. | ) ) | CASE NO.: 3:12-cv-00059 |
| City of Elkhart, Officer Bruce Anglemyer, Corporal Norm Friend, Sergeant James Buchmann and Officer Michael Price, | ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FRCP 41(b)

Defendants, by counsel, respectfully move the Court for an order dismissing the above cause of action, with prejudice, pursuant to FRCP 41(b) and for reasonable attorneys' fees and costs for the following reasons:

1. On March 21, 2013, the Court held a hearing on Plaintiff's counsels' motion to withdraw their appearances for Plaintiff in the above cause, and subsequent to the hearing granted Plaintiff's counsels' motion to withdraw. (Dkt. entry 32.)

2. The Court further ordered on March 21, 2013 that Plaintiff had until April 22, 2013 to file a written statement with the Court indicating whether he wishes to proceed pro se or whether he intends to hire new counsel. (*Id.*)

3. The Court included in its order an admonition to the Plaintiff that if he failed to file a statement of his intention, the Court may recommend that the above lawsuit be dismissed for his failure to appear at the March 21, 2013 hearing as ordered. (*Id.*)

4. The Court's deadline of April 22, 2013 has passed and Plaintiff has failed to file a statement with the Court indicating his intentions as ordered by the Court.

5. Because Plaintiff has taken no action to prosecute this cause of action and has failed to obey the Court's order of March 21, 2013, dismissal is appropriate pursuant to FRCP 41(b), which provides that "if the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it." FRCP 41(b).

WHEREFORE, Defendants respectfully move the Court for an order dismissing the above cause of action with prejudice, for reasonable attorneys' fees and costs, and for all other just and proper relief.

Respectfully submitted,

**TRAVELERS STAFF COUNSEL OFFICE**

By: /s/ Julie J. Havenith
Julie J. Havenith, #17898-53-A

## CERTIFICATE OF SERVICE

I certify that on the 24th day of April, 2013, I served a copy of the foregoing document via U.S. Mail, first class postage prepaid, to the following party:

Ralph E. Smith
2104 Lincolnway West
South Bend, IN 46628

/s/ Julie J. Havenith
Julie J. Havenith