UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| CHELSEA KELLY, as Personal Representative of the ESTATE OF DELANO SMITH, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF ELKHART, et al., )<br>)<br>Defendants. ) | No. 3:12 CV 59 |

### O R D E R

On February 25, 2013, plaintiff's attorneys filed an amended motion seeking leave to withdraw. On March 21, 2013, the court held a hearing on the motion which plaintiff failed to attend. The court granted plaintiff's attorneys' motion to withdraw, and ordered plaintiff to file, no later than April 22, 2013, a statement indicating whether she intended to proceed *pro se* or to retain a new attorney. Plaintiff filed nothing, and on April 24, 2013, defendants filed a motion to dismiss for failure to prosecute. Plaintiff has failed to respond to that motion.

It therefore appears that plaintiff does not intend to pursue this action, and the motion to dismiss (DE # 33) is **GRANTED**. Clerk to enter final judgment.

SO ORDERED.

Date: May 20, 2013

 s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT